UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-447-T24-JSS
8 U.S.C. § 1326(a)

CARLOS GOMEZ-DELEON
    a/k/a "Camilo Gomez-Deleon"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 13, 2016, in the Middle District of Florida,

CARLOS GOMEZ-DELEON
a/k/a "Camilo Gomez-Deleon"

being an alien in the United States, who had been deported and removed from the United States on or about February 3, 2009, and who had not received the consent of the Secretary of Homeland Security to reapply for admission, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Jennifer L. Peresie
Assistant United States Attorney

By: _____, AUSA, Deputy Chief
    Stacie B. Harris
    Assistant United States Attorney
    Chief, Major Crimes Section

T:\_Cases\Criminal Cases\G\Gomez-Deleon, Carlos_2016RPEND_JLP\p_indictment.docx

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## CARLOS GOMEZ-DELEON
a/k/a "Camilo Gomez-Deleon"

## INDICTMENT

Violations:

Title 8, United States Code, Section 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of October 2016.

_____
Clerk

Bail $ _____

GPO 863 525