AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS GOMEZ-DELEON<br>a/k/a "Camilo Gomez-Deleon"<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 8:16-cr-447-T-24-JSS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARLOS GOMEZ-DELEON a/k/a "Camilo Gomez-Deleon"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   Illegal re-entry without permission after deportation.

   In violation of Title 8, United States Code, Section 1326(a)

Date: 10/20/2016

_____
*Issuing officer's signature*

City and state:   Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-9-16, and the person was arrested on *(date)* 12-9-16
at *(city and state)* Bradenton, Florida

Date: 12-9-16

_____
*Arresting officer's signature*

Robert Urosa  USMS 404
*Printed name and title*